[No. 15936-1-III.     Division Three.     April 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WARREN JANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-01357-1, Kenneth Kato, J., entered July 11, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16288-5-III.     Division Three.     April 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL G. BRADFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-8-01075-4, Kathleen M. O'Connor, J., entered December 2, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16677-5-III.     Division Three.     April 7, 1998.]

KIMBERLEE L. WEBB, *Appellant*, v. VILLAGE INNS NORTHWEST LIMITED PARTNERSHIP, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-05685-0, Robert D. Austin, J., entered May 23, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 17016-1-III.     Division Three.     April 7, 1998.]

*In the Matter of the Personal Restraint of* MARVIN LEE VERMILLION, *Petitioner.*

The unpublished opinion in this cause was *withdrawn* and the personal restraint petition was *dismissed* by order of the Court of Appeals dated October 19, 1998.